# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TESSA FARMER,

        Plaintiff,

v.

                                            CIV. NO.:

KANSAS STATE UNIVERSITY,
an agency of the State of Kansas,

        Defendant.

## DESIGNATION OF PLACE OF TRIAL

**COMES NOW** the plaintiff, above named, and pursuant to D. Kan. R. 40.2 designates the District of Kansas Federal Court, 500 State Ave., Kansas City, KS 66101 as the place of trial in the above matter.

**Respectfully submitted,**

April 20, 2016

| **THE FIERBERG NATIONAL LAW GROUP, PLLC** | **PALMER, LEATHERMAN, WHITE, GIRARD & VAN DYK, LLP** |
|---|---|
| By: s/Cari Simon | By: s/Dustin L. Van Dyk |
|    Cari Simon (*Pro Hac Vice pending*) |    Dustin L. Van Dyk   Ks. S. Ct #23313 |
|    Douglas E. Fierberg (*Pro Hac Vice pending*) |    Gary D. White Jr.   Ks. S. Ct.#15637 |
|    The Fierberg National Law Group, PLLC |    Meaghan M. Girard   Ks. S. Ct.#22085 |
|    Fifth Floor, Centurion Center |    Palmer, Leatherman, White, |
|    2001 L Street, NW |    Girard & Van Dyk, LLP |
|    Washington, DC 20036 |    2348 SW Topeka Blvd. |
|    202-351-0510 |    Topeka, KS 66611 |
| |    785-223-1836 |

**COUNSEL FOR PLAINTIFF**