## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TESSA FARMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-02256-CM-KGG |
| | ) |
| KANSAS STATE UNIVERSITY, | ) |
| an agency of the State of Kansas, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S EXTENSION OF TIME

Defendant Kansas State University (the "University"), respectfully requests an extension of fourteen (14) days within which to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter. Pursuant to D. Kan. Rule 77.2, the University states that (1) it was served with the Summons and Complaint in this matter on April 22, 2016; (2) pursuant to Fed. R. Civ. P. 12(a), the answer or other responsive pleading is currently due May 13, 2016; (3) the time to answer or otherwise respond to the Complaint has not expired; and (4) the proposed new deadline will be May 27, 2016.

WHEREFORE, Defendant Kansas State University is granted an additional fourteen (14) days within which to answer or otherwise respond to plaintiff's Complaint in the above-captioned matter, through and including May 27, 2016.

Signed this  6th  day of May, 2016.

    s/ M. McGivern
Deputy Clerk of the District Court
United States District Court
District of Kansas


Respectfully submitted,

/s/ Derek T. Teeter
| ALLAN V. HALLQUIST | D. KAN. NO. 78356 |
| HAYLEY E. HANSON | KS BAR NO. 20087 |
| DEREK T. TEETER | KS BAR NO. 23242 |
| MICHAEL T. RAUPP | KS BAR NO. 25831 |

HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
allan.hallquist@huschblackwell.com
hayley.hanson@huschblackwell.com
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of May, 2016, the foregoing was sent by email to the Clerk of the Court, and a copy was sent via email and U.S. Mail to counsel for plaintiff as follows:

Cari Simon
Douglas E. Fierberg
The Fierberg National Law Group, PLLC
Fifth Floor Centurion Center
2001 L Street, NW
Washington, DC 20036
csimon@tfnlgroup.com

Dustin L. Van Dyk
Gary D. White Jr.
Meghan M. Girard
Palmer, Leatherman, White, Girard & Van Dyk, LLP
2348 SW Topeka Blvd.
Topeka, KS 66611
dvandyk@jpalmerlaw.com
gwhite@jpalmerlaw.com
mgirard@jpalmerlaw.com

/s/ Derek T. Teeter
***Attorney for Defendant***